## Commonwealth *v.* Jackson, Appellant.

Submitted March 24, 1972. *I. Nathan Eisenberg* and *Francis S. Wright,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Romer Holleran* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.